## CIRCUIT COURT OF THE CITY OF RICHMOND

Dailey's Adm'r

    v.

Joseph C. Baker

February 16, 1990

Case No. LR-2687-3

By JUDGE T. J. MARKOW

After the pretrial conference of February 8th, I was to decide whether the economist witness could adjust for income taxes on his earnings estimates or whether defendant could cross-examine or argue this issue. I have concluded that this is an inappropriate and irrelevant issue in estimating the decedent's earning capacity and should not be entertained as an issue in the trial of this case. *See Norfolk Southern v. Rayburn*, 213 Va. 812 (1973); *Hoge v. Anderson*, 200 Va. 364 (1958).